**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:22-cv-81988-AMC**

HOWARD COHAN,

    Plaintiff,

vs.

PARK AVE BBQ & GRILLE
OF WELLINGTON, INC.,
d/b/a PARK AVE BBQ & GRILL,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant PARK AVE BBQ & GRILLE

OF WELLINGTON, INC., d/b/a PARK AVE BBQ & GRILL ("Defendant"), by and through

undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant

("Parties") have reached an agreement for the resolution of this matter and are in the process of

finalizing settlement documents. The Parties respectfully request that the Court stay all matters

and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement

documents and file proper pleadings to close this matter out.

Dated this 17th day of March, 2023.

| | |
|---|---|
| BY: *s/ Jason S. Weiss* | BY:_____*/s/ Gary A. Isaacs*_____ |
|   Jason S. Weiss |   Gary A. Isaacs, of counsel |
|   Jason@jswlawyer.com |   Florida Bar No.: 602663 |
|   Florida Bar No. 356890 |   **COHEN NORRIS WOLMER RAY** |
|   **WEISS LAW GROUP, P.A.** |   **TELEPMAN BERKOWITZ COHEN** |
|   5531 N. University Drive |   712 U.S. Highway One, Suite 400 |
|   Suite 103 |   North Palm Beach, Florida 33401 |
|   Coral Springs, FL 33067 |   (561) 844-3600 |
|   Tel: (954) 573-2800 |   gai@cohennorris.com |
| | |
|   **ATTORNEYS FOR PLAINTIFF** |   **ATTORNEYS FOR DEFENDANT** |