**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81988-CIV-CANNON**

**HOWARD COHAN**,

    Plaintiff,

v.

**PARK AVE BBQ & GRILLE OF WELLINGTON, INC.**,

    Defendant.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On March 20, 2023, following the parties' Joint Notice of Settlement [ECF No. 6], the Court entered an Order instructing the parties to file a joint stipulation of dismissal on or before April 19, 2023 [ECF No. 7]. To date, the parties have not filed a joint stipulation of dismissal or requested additional time to do so. This case is therefore **DISMISSED WITHOUT PREJUDICE**. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962) (explaining that courts are vested with inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief"). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk of the Court shall **CLOSE** this case.

CASE NO. 22-81988-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of April 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record